404

LAWRENCE C. BEILFUSS, Adm'r of the Estate of LAWRENCE P. BEILFUSS, Deceased, Plaintiff-Appellant, *v.* RICHARD VAIA, Defendant-Appellee.

(No. 57971;

First District (1st Division)—September 4, 1973.

PER CURIAM.
BURKE, J., took no part.

Gomsberg, Missner & Schaps, of Chicago, (Sidney D. Missner and John M. Murtaugh, of counsel,) for appellant.

Harry R. Becker, of Chicago, for appellee.